DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
E-Mail: dmsamuel@oldsaclaw.com
Telephone: (916) 447-1193         **OK/HAV**

Attorney for Defendant
DEMORIEA C. BARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: CR.S-05-0451 DFL |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| DEMORIEA C. BARKER ) | |
| Defendant. ) | |
| _____ ) | |

Defendant, through counsel, and the United States of America, through Assistant U.S. Attorney Jason Hitt, agree that the Status Conference set for August 3, 2006 at 10:00 am be continued to August 17, 2006 at 10:00 am so that counsel may continue discussion with regard to plea offer and obtain all discovery with regard to this case.

In addition it is agreed that the court should find excludable time from the date of the filing of the motion to the date of courts ruling pursuant to local rule T-4.

Respectfully submitted,

DATED: August 2, 2006				_/S/_____
						DWIGHT M. SAMUEL
						Attorney for Defendant
						Demoriea C. Barker


DATED: August 2, 2006				_/S/_____
						JASON HITT
						Assistant United States Attorney
						(Signed per Telephonic authorization)


    IT IS SO ORDERED.

DATED: August  2, 2006


						_____
						DAVID F. LEVI
						United States District Judge