DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
E-Mail: dmsamuel@oldsaclaw.com
Telephone: (916) 447-1193

Attorney for Defendant
Demoriea Cornell Barker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 05-451 DFL |
| Plaintiff, | ) ) ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| v. | ) ) | **STIPULATION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| DEMORIEA CORNELL BARKER, | ) ) | |
| Defendant. | ) ) ) | |

  Defendant, DEMORIEA CORNELL BARKER, by and through his attorney, Dwight M. Samuel, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney JASON HITT, hereby stipulate as follows:

  1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

  2. The sentencing range applicable to Mr. Barker was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

  3. Accordingly, Mr. Barker's sentencing range has been reduced from 29 to 27 or 100-125 months. However the mandatory minium sentence for this offense is 120 months.   Mr. Barker is not eligible for safety valve or 5k relief.

  4. Mr. Barker merits a reduction in his sentence based on the factors listed in 18 U.S.C.

§ 3553(a), as well as considerations of public safety and Mr. Barker's positive post-sentencing conduct;

5. Accordingly, the parties request the court to enter the order lodged herewith reducing Mr. Barker's term of imprisonment to 120 months.

Respectfully submitted,

Dated: May 13, 2008                                    /s/ Dwight M. Samuel
                                                       DWIGHT M. SAMUEL
                                                       Attorney for Moving party


Dated: May 13, 2008                                    /s/Jason Hitt[1]
                                                       JASON HITT
                                                       Assistant U.S. Attorney


DATED:   May 14, 2008

                                                       /s/ John A. Mendez
                                                       HON. JOHN A. MENDEZ
                                                       U.S. DISTRICT JUDGE

---

[1] AUSA Jason Hitt reviewed and agreed to Stipulation and Proposed Order via Email correspondences.

STIPULATION TO REDUCE SENTENCE
-2-