# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: Cr.S-05-451 JAM |
| DEMORIEA CORNELL BARKER ) | USM No: 16424-097 |
| Date of Previous Judgment: 11/16/2006 ) | DWIGHT M. SAMUEL |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   121   months **is reduced to**   120 months   .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level:        29                 Amended Offense Level:        27
Criminal History Category:     IV                 Criminal History Category:     IV
Previous Guideline Range:   121  to  151  months   Amended Guideline Range:  120  to  125  months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   11/16/2006   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   May 14, 2008                        /s/ John A. Mendez
                                                  Judge's signature

Effective Date:                                   Hon. John A. Mendez
         (if different from order date)           Printed name and title